```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CR3075 |
| v. ) | |
| ) | |
| JUSTIN LEE SWANSON, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 13. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, the pretrial services officer suggested a change in his conditions of release and I adopt the proposal of the pretrial services officer.

IT THEREFORE HEREBY IS ORDERED,

Defendant is released under the previous conditions of release, filing 9, with the additional condition that he have no contact with Jessica Baker.

DATED August 29, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge